IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00814-MSK-MEH

PAUL SAUNDERS,

    Plaintiff,

v.

TANCO ENGINEERING, INCORPORATED, a corporation located in and conducting business in Colorado,
HARVEY BOWEN, a foreman employed by Tanco Engineering, and
JOHN PRALL, a management employee of Tanco Engineering,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 21, 2007.**

    Defendants' Unopposed Motion for Protective Order [filed November 20, 2007; doc #26] is **granted**. The Stipulated Protective Order is filed contemporaneously with this Order.